Dorsie KEE, Appellant,

v.

**CITY OF PINE BLUFF, ARKANSAS,** Appellee.

No. 00–1054.

United States Court of Appeals, Eighth Circuit.

Submitted May 3, 2001.

Decided May 30, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Dorsie Kee appeals from the district court's[1] adverse judgment entered after a jury trial in this employment discrimination suit. We have carefully reviewed the record and the parties' submissions, and we conclude that Kee's various contentions fail, because (1) they raise matters for the first time on appeal, and no plain error occurred; (2) they challenge matters committed to the district court's sound discre-

District of Arkansas.

tion, and no prejudicial abuse of discretion occurred; (3) they raise ineffective assistance of counsel, which is not a ground for reversal in a civil case; or (4) they raise matters that are simply meritless, and do not warrant an extended discussion. Accordingly, we affirm. *See* 8th Cir. R. 47B.

We deny Kee's motion for reconsideration of this court's denial of appellate counsel.